# CONTRACT OF EMPLOYMENT
## WITH
## MISSISSIPPI PUBLIC SCHOOL DISTRICTS
## FOR
## ASSISTANT SUPERINTENDENT, PRINCIPAL AND LICENSED EMPLOYEE

This agreement is made and entered into as of the dates indicated below, by and between **CINDY IDOM            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** (employee), and the **NATCHEZ-ADAMS SCHOOL DISTRICT** (employer), with the employee having been duly elected and approved for employment by the school board of the employer.

This agreement provides:

That the employee will be employed by the employer for the scholastic year(s) 2012- 2013 and shall hold the position of **PRINCIPAL**.

That the employee will be employed for **240** days during said scholastic year. And that the employee shall be available to perform assigned duties beginning on **JULY 01, 2012**, and ending on **JUNE 28, 2013**, or otherwise, as may be amended by the employer due to an emergency or other good cause in accordance with the policies of the employer.

That the employee will perform assigned duties during the school term. And that the school term will consist of **187** days and will commence and end on dates established in accordance with the policies of the employer.

That the employee agrees to reassignment during the school term to any area for which a valid license is held.

That in consideration for the duties performed under this agreement, the employer agrees to compensate the employee with an annual salary of **$84269**, which shall be paid on a basis as determined by the local school board. And that the annual salary is established in accordance with the policies of the employer and is based on an amount from the Adequate Education Program Salary scale for the appropriate license and years of experience of the employee and an amount from the local salary supplement scale of the employer, and/or an amount from the employer as compensation for which other duties are to be performed by the employee. The school district may reduce the employee's state minimum salary by a pro rate daily amount in order to comply with the school district employee furlough provisions provided in statute. The payment of such salary is conditioned upon the availability of adequate education funds provided for salaries.

This contract shall be subject to all applicable policies, resolutions, rules and regulations of the employer, the Mississippi Educator Code of Ethics and Standard of Conduct adopted by the state Board of Education, and the laws of the State of Mississippi, copies of which are available from the Superintendent's office.

This contract of employment has been executed in duplicate on the dates indicated as witnessed by the signature of the employee and the duly authorized superintendent.

_____          _____
Superintendent                                   Employee
July 17, 2012                                       7/20/12
Date                                                     Date

*The employer does not discriminate on the basis of sex, race, religion, color, national origin, age or handicap.*

NOTE: In accordance with state law, if the employee should arbitrarily and willfully breach this contract and abandon his or her employment without first being released by the school board of the school district, then the school board may recommend to the Mississippi Board of Education that the teaching license of the employee be suspended for a period of one (1) year.

EXHIBIT "B"