IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CINDY IDOM                                                                PLAINTIFF

VS.                                           CIVIL ACTION NO: 5:14-cv-38-DCB-MTP

NATCHEZ-ADAMS SCHOOL DISTRICT and FREDERICK
HILL and TANISHA W. SMITH, in their
individual and official capacities                                        DEFENDANTS

## JURY INTERROGATORIES AND VERDICT FORM

The Court instructs the jury that should all jurors agree on the verdict in this case for Plaintiff's claims, the jury should answer the following questions related to Plaintiff's claims and damages:

Question 1:  Did you find in favor of Plaintiff, Cindy Idom, for breach of employment contract?

    ✓     YES    _____ NO

(If you answered "YES" to the above Question 1, please continue to Question 2. If you answered "NO" to the above Question 1, please skip to Question 3.)

Question 2:  What is the amount of damages you awarded for the Plaintiff's claim of breach of contract?

$  84,650 ?

Question 3:  Did you find in favor of Plaintiff, Cindy Idom, for race discrimination under Title VII, for Plaintiff's claim of intentional race discrimination?

    ✓     YES    _____ NO

Question 4:   Did you find in favor of Plaintiff, Cindy Idom, for race discrimination under Title VII, for Plaintiff's claim of racially hostile work environment?

____✓____ YES   _____ NO

(If you answered "YES" to the either Questions 3 or 4, please continue to Question 5. If you answered "NO" to both Questions 3 and 4, please skip to Question 6.)

Question 5:   What is the amount and type of damages you awarded for Plaintiff's claim of racial discrimination under Title VII?

(a) Back pay (wages and benefits from July 5, 2013 until the date of this verdict)?

$ 171,737.

(b) Other compensatory damages (which may include mental anguish and out-of-pocket expenditures) if you find that the Plaintiff, Cindy Idom, has proven them by a preponderance of the evidence?

$ 100,000.

Question 6:   Did you find in favor of Plaintiff, Cindy Idom, for race discrimination in violation of Plaintiff's Equal Protection rights?

____✓____ YES   _____ NO

(If you answered "YES" to the above Question 6, please continue to Question 7. If you answered "NO" to the above Question 6, please skip to Question 8.)

Question 7:   What is the amount and type of damages you awarded against each Defendant for Plaintiff's claim for race discrimination in violation of Plaintiff's Equal Protection rights?

53

(a) Back pay (wages and benefits from July 5, 2013 until the date of this verdict)?

School District     $ 171,737.

Frederick Hill      $    -0-.

(b) Other compensatory damages (which may include mental anguish and out-of-pocket expenditures) if you find that the Plaintiff, Cindy Idom, has proven them by a preponderance of the evidence?

School District     $ 100,000.

Frederick Hill      $    -0-.

Question 8:   Did you find in favor of Plaintiff, Cindy Idom, for intentional infliction of emotional distress as to Defendant Frederick Hill?

   YES   _____ NO

(*If you answered "YES" to the above Question 8, please continue to Question 9.  If you answered "NO" to the above Question 8, please skip to Question 10.*)

Question 9:   What is the amount of damages you awarded against Frederick Hill for Plaintiff's claim for intentional infliction of emotional distress?

$  75,000.

Question 10:   Did you find in favor of Plaintiff, Cindy Idom, for intentional infliction of emotional distress as to Defendant Tanisha W. Smith?

_____ YES   _____ NO

54

(If you answered "YES" to the above Question 10, please continue to Question 11. If you answered "NO" to the above Question 10, please stop.)

Question 11: What is the amount of damages you awarded against Tanisha W. Smith for Plaintiff's claim for intentional infliction of emotional distress?

$ 25,000.

Question 12: If you found for the Plaintiff in any of the above questions, what are the total damages, if any, you awarded against each defendant?

School District    $ 201,732.
Frederick Hill     $ 75,000.
Tanisha W. Smith   $ 25,000.


This the 18 day of September 2015.