```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

CINDY IDOM                                              PLAINTIFF

VS.                        CIVIL ACTION NO: 5:14-cv-38(DCB)(MTP)

NATCHEZ-ADAMS SCHOOL DISTRICT, et al.                  DEFENDANTS

<u>ORDER</u>

This cause came on for trial on September 14 through 18, 2015, and the jury rendered a verdict for the plaintiff. Counsel for plaintiff have advised that they will file a motion for front pay as well as a motion for attorneys fees. Therefore, Final Judgment in this cause will not be entered until the motions for front pay and attorneys fees have been briefed by the parties and decided by the Court.

SO ORDERED, this the 1st day of October, 2015.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE