```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION
```

**CINDY IDOM**                                                      **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO: 5:14-cv-38-DCB-MTP**

**NATCHEZ-ADAMS SCHOOL DISTRICT and FREDERICK**
**HILL and TANISHA W. SMITH, in their**
**individual and official capacities**                              **DEFENDANTS**

## FINAL JUDGMENT

CAME the parties with a Jury of eight (8) qualified electors being empaneled to hear the claims of Plaintiff, Cindy Idom, against the Defendants, Natchez-Adams School District, Frederick Hill and Tanisha W. Smith, in their individual and official capacities. The Jury, having heard the testimony of the witnesses, having reviewed the evidence introduced, having been instructed by the Court as to the law, having heard the arguments of counsel, and having then retired to deliberate its verdict in the above cause, returned into open court a verdict in favor of the Plaintiff, Cindy Idom (**docket entry 94**), on her claims against the Defendants, Natchez-Adams School District, Frederick Hill and Tanisha W. Smith, in their individual and official capacities, in the total amount of $371,737.00, as follows:

(A) $84,650.00 against Defendant, Natchez-Adams School District, for breach of employment contract;

(B) $271,737.00 against Defendant, Natchez-Adams School District, for Title VII race discrimination, including $171,737.00 for back pay (accruing from July 5, 2013 until the date of the verdict, inclusive of the amount awarded for breach of employment contract) and $100,000.00 for compensatory damages;

(C) $271,737.00 against Defendant, Natchez-Adams School District, for §1983 Equal Protection rights violation (inclusive of the amount awarded for Title VII race discrimination);

(D) $0.00 against Defendant, Frederick Hill, in his individual capacity, for §1983 Equal Protection rights violation;

(E) $75,000.00 against Defendant, Frederick Hill, in his individual capacity, for intentional infliction of emotional distress; and

(F) $25,000.00 against Defendant, Tanisha W. Smith, in her individual capacity, for intentional infliction of emotional distress.

The Jury and the Court rendered its verdict on September 18, 2015, in favor of the Plaintiff, Cindy Idom, awarding a monetary Judgment of $271,737.00 against Defendant, Natchez-Adams School District, awarding a monetary Judgment of $75,000.00 against Defendant, Frederick Hill, in his individual capacity, and awarding a monetary Judgment of $25,000.00 against Defendant, Tanisha W. Smith, in her individual capacity.

THIS CAUSE, having come before the Court upon the Plaintiff, Cindy Idom's Motion for Attorney Fees and Costs, Prejudgment Interest, Post-judgment Interest and Front Pay (**docket entry 99**), and the Plaintiff's Bill of Costs (**docket entry 98**), and the Court having duly considered the same, and being otherwise fully advised in the premises, finds and it is the judgment of this Court that the Motion for Attorney Fees and Costs, Prejudgment Interest, Post-judgment Interest and Front Pay should be, and is hereby,

GRANTED IN PART AND DENIED IN PART, and further finds and it is the judgment of this Court that the Bill of Costs should be, and is hereby, GRANTED.

Pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e-5(k), and pursuant to 42 U.S.C. § 1988, the Court hereby awards the Plaintiff, Cindy Idom, a monetary Judgment of $175,210.00 for attorney fees, and a monetary Judgment of $8,000.02 for "non-taxable" and expert costs, against Defendant, Natchez-Adams School District. The Court further awards the Plaintiff, Cindy Idom, a joint and several monetary Judgment of $4,474.25 against the Defendants, Natchez-Adams School District, Frederick Hill and Tanisha W. Smith, in their individual and official capacities, for "taxable" costs as per the Plaintiff's Bill of Costs, pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920. Pursuant to the Court's discretion under Title VII, 42 U.S.C. § 2000e-5, the Court hereby awards the Plaintiff, Cindy Idom, a monetary Judgment for front pay against Defendant, Natchez-Adams School District, in the amount of $108,495.00 (including $85,902.00 for one year of future lost wages and benefits, and $22,593.00 for lost future retirement benefits). Pursuant to Title VII, 42 U.S.C. § 2000e-5(g), the Court awards the Plaintiff, Cindy Idom, a monetary Judgment for prejudgment interest to accrue at 3.5% per annum, compounded annually, on the Title VII race discrimination damages award of $271,737.00, from July 5, 2013

until this date Final Judgment is entered. Further, pursuant to 28 U.S.C. § 1961(a), the Court hereby awards the Plaintiff, Cindy Idom, a joint and several monetary Judgment against the Defendants, Natchez-Adams School District, Frederick Hill and Tanisha W. Smith, in their individual and official capacities, for post-judgment interest on the entire monetary Judgment, to accrue from this date until Final Judgment is paid in full, at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding this date.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendant, Natchez-Adams School District, a monetary Judgment in the amount of two hundred seventy-one thousand, seven hundred thirty-seven dollars ($271,737.00), plus prejudgment interest to accrue at 3.5% per annum, compounded annually, from July 5, 2013 until this date, plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth in 28 U.S.C. §1961(a), computed daily and compounded annually.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendant, Frederick Hill, in his individual capacity, a Judgment in the amount of seventy-five thousand dollars ($75,000.00), plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth

in 28 U.S.C. §1961(a), computed daily and compounded annually.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendant, Tanisha W. Smith, in her individual capacity, a Judgment in the amount of twenty-five thousand dollars ($25,000.00), plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth in 28 U.S.C. §1961(a), computed daily and compounded annually.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendant, Natchez-Adams School District, a monetary Judgment for attorney fees in the amount of one hundred seventy-five thousand, two hundred ten dollars ($175,210.00), plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth in 28 U.S.C. §1961(a), computed daily and compounded annually.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendant, Natchez-Adams School District, a monetary Judgment for "non-taxable" and expert costs in the amount of eight thousand dollars and two cents ($8,000.02), plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth in 28 U.S.C. §1961(a), computed daily and compounded annually.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendants, Natchez-Adams School District, Frederick Hill and Tanisha W. Smith, in their individual and official

capacities, a joint and several monetary Judgment for "taxable" costs in the amount of four thousand, four hundred seventy-four dollars and twenty-five cents ($4,474.25), plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth in 28 U.S.C. §1961(a), computed daily and compounded annually.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff, Cindy Idom, does have from Defendant, Natchez-Adams School District, a monetary Judgment for front pay in the amount of one hundred eight thousand, four hundred ninety-five dollars ($108,495.00), plus post-judgment interest from this date until Judgment is paid in full, at the Federal rate of interest set forth in 28 U.S.C. §1961(a), computed daily and compounded annually.

In summary, the Court enters the following monetary Judgments in favor of Plaintiff, Cindy Idom, against the Defendants as follows, for which let execution issue:

(A) Against Defendant, Natchez-Adams School District:

    (1)    $271,737.00   (Title VII/§ 1983 damages award)

    (2)    Prejudgment interest on the Title VII damages award ($271,737.00), at 3.5% per annum, compounded annually, from July 5, 2013 until this date.

    (3)    $175,210.00   (attorney fees)

    (4)    $8,000.02   ("non-taxable" and expert costs)

    (5)    $108,495.00   (front pay)

    Total:    $563,442.02

(B) Against Defendant, Frederick Hill:

    (1) $75,000.00    (intentional infliction award)

(C) Against Defendant, Tanisha W. Smith:

    (1) $25,000.00    (intentional infliction award)

(D) Joint and several against all Defendants:

    (1) $4,474.25    ("taxable" costs)

    (2) Post-judgment interest on the entire monetary Judgment as referenced above, from this date until Judgment is paid in full, at the Federal rate of interest.

SO ORDERED AND ADJUDGED, this the 27th day of January, 2016.

                                        s/David Bramlette
                                        UNITED STATES DISTRICT JUDGE

<u>Prepared and submitted by</u>:

 /s/ William C. Ivison
William C. Ivison (MSB #104213)
ADCOCK & MORRISON, PLLC
199 Charmant Drive, Suite 1/39157
Post Office Box 3308
Ridgeland, Mississippi 39158
Telephone: (601) 898-9887
Facsimile: (601) 898-9860
wcivison@adcockandmorrison.com

*Attorney for Plaintiff, Cindy Idom*